OPINION — AG — **** TAXATION-SPECIFIC EXEMPTION UNCONSTITUTIONAL **** THE EXTENSION OF THE EXEMPTION IN 68 O.S. 1968 Supp., 2503 [68-2503], TO "THE OKLAHOMA MORRIS PLA COMPANY" IS SPECIFIC AND NOT GENERAL, AND WOULD APPLY TO THE SPECIFIC COMPANY ONLY; IT WOULD NOT BE UNIFORM UPON THE SAME CLASS OF SUBJECTS AND IS THEREFORE INVALID AND UNCONSTITUTIONAL. CITE: 68 O.S. 1967 Supp., 2501 [68-2501], OPINION NO. 67-205 DUANE LOBAUGH